UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                :

UNITED STATES OF AMERICA
                                : 20 CR 244-3


    -against-                   : ORDER
                                :

REGINA CUMMINGS
                                :

    Defendant                   :

-------------------------------X


        PHILIP M. HALPERN, United States District Court Judge:

        ORDERED that the defendant's bail be modified to include
drug testing and treatment, as directed by Pretrial Services.



        Dated: White Plains, New York
              April 24, 2020



                        SO ORDERED




                        _____
                        HONORABLE PHILIP M. HALPERN
                        United States District Court Judge